■ In the Matter of DONTIE S. MITCHELL, Appellant, v BRIAN FISCHER, Commissioner, New York State Department of Correctional Services, Respondent. [945 NYS2d 587]—Appeal from a judgment (denominated order) of the Supreme Court, Erie

County (Christopher J. Burns, J.), entered October 6, 2010 in a proceeding pursuant to CPLR article 78. The judgment dismissed the petition.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Centra, Fahey, Peradotto and Sconiers, JJ.